IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : 3:24-CR-90 |
| | : (JUDGE MARIANI) |
| PATRICK RUSSIN, | : |
| | : |
| Defendant. | : |

## ORDER

**AND NOW, THIS 17th DAY OF NOVEMBER 2025**, for the reasons set out in the accompanying Memorandum Opinion, including findings that neither the pre-Plea Information (Doc. 86) nor the post-plea Amended Information of Prior Conviction (Doc. 210) satisfy the requirements of 21 U.S.C. § 851(a)(1), **IT IS HEREBY ORDERED THAT:**

1. Defendant is not subject to the sentencing enhancements set out in 21 U.S.C. § 841(b)(1)(B);

2. Sentencing shall be scheduled by separate order.

_____
Robert D. Mariani
United States District Judge